**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

MARCIE REIMER,                          :
n/k/a Marcie Ondrasik

                                        :

    Plaintiff                           :       CIVIL ACTION NO. 3:21-1879

    v.                                  :          (JUDGE MANNION)

PALMERTON COMMUNITY                     :
AMBULANCE ASSOCIATION

                                        :

    Defendant

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on _August 3_, 20_22_ and the results of that conference are indicated below:

_X_    **The case has been completely settled.**

_____    **No settlement reached.**

_____    **The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions, if appropriate.**

Date: _August 3, 2022_

_Shane W. Williamson_
Signature of Mediator

21-1879-04